**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| S.R.G., | : | No. 715 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| D.D.G., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.

Petitioner's Application for Leave of Court to File Amended Petition for Allowance of Appeal is **GRANTED**.